FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH CARROLL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH;<br><br>Defendants. | Case No. 2:18-cv-00960-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(THIRD REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the dispositive motion deadline in this case to July 19, 2019. This is the first request for this extension since the official close of discovery, although two prior requests were included in more general extensions of scheduling order deadlines.

The extension is requested because the parties are still in the process of supplementing prior discovery responses and discussing disputes regarding the same. Additionally, the parties have agreed amongst themselves that certain depositions noticed and scheduled to occur within the discovery deadline would be completed thereafter based on new settlement discussions and scheduling issues of certain witnesses (at least one of whom has obtained counsel), and transcripts need to be

- 1 -

FPDOCS 35433438.1

received before any dispositive motion can be finalized.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 22, 2019

FPDOCS 35433438.1