FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH CARROLL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH;<br><br>Defendants. | Case No. 2:18-cv-00960-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(FOURTH REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the dispositive motion deadline in this case to August 19, 2019. This is the second request for this extension since the official close of discovery, although two prior requests were included in more general extensions of scheduling order deadlines.

The extension is requested because Defendant, Ramzy Ladah, an attorney, was unavailable to give his deposition in the past several weeks because he had been preparing for an 8-10-week jury trial scheduled to start July 1. A settlement was reached on or about June 24, 2019, allowing for Mr. Ladah's deposition to proceed in July. Any dispositive motion could not be filed or responded to without the testimony of Mr. Ladah. Also, the parties have delayed the deposition of Ms. Lucia Sloan. Ms. Sloan is a former employee of Ladah Law Firm who is contemplating her own lawsuit against the firm. If she elects to proceed, then it may possible to have her deposition

- 1 -

35637965.2

testimony be common to both actions (as would also potentially be true of Mr. Ladah), promoting judicial economy.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2019

35637965.2