FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH CARROLL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH;<br><br>Defendants. | Case No. 2:18-cv-00960-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(FIFTH REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the dispositive motion deadline in this case to September 16, 2019. This is the third request for this extension since the official close of discovery, although two prior requests were included in more general extensions of scheduling order deadlines.

The extension is requested because Defendant, Ramzy Ladah, an attorney, will not be deposed in the case until August 20 due to various scheduling conflicts among the participants, as well as because of the birth of Mr. Ladah's child on August 6, and any dispositive motion could not be filed or responded to without Mr. Ladah's

35637965.2

testimony.

| | |
|---|---|
| KEMP & KEMP | FISHER & PHILLIPS LLP |
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 14, 2019

35637965.2