JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Deborah Carroll

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH CARROLL, | Case No. 2:18-cv-00960-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| LADAH LAW FIRM PLLC; and RAMZY LADAH; | |
| Defendants. | **(SECOND REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment (ECF No. 22) from the current due date of Monday, October 28, 2019 through and including ***Monday, November 18, 2019***.

This is the second request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel underwent surgery on October 18, 2019 and the recovery process has been slower than anticipated and he has been restricted from working since that date with instruction specifically not to undertake any tasks that require concentration or sign any important documents.

1

2. Plaintiff's counsel was only able to work two half days in the past week and that was mostly occupied by meetings with clients and catching up on the mail.

3. Plaintiff's counsel still has a Ninth Circuit Brief due on November 4, 2019.

4. Plaintiff's counsel has a workers' compensation Judicial Review appellate brief due October 28, 2019.

5. Plaintiff's counsel has a motion to dismiss response due on October 30.

6. Plaintiff's counsel is in the process of drafting three complaints on new matters.

7. Plaintiff's counsel has numerous client meetings, administrative hearings, and depositions scheduled in the coming weeks.

8. Plaintiff's counsel has to travel to Los Angeles for a Mediation on October 30. He also has several ENE sessions and a Nevada Supreme Court Settlement Conference in the next few weeks.

9. Plaintiff's counsel has also not had time to meet with the Plaintiff in this case to work on preparing the summary judgment response. She has been provided copies of the materials and is looking at it. It is expected that due to the nature of the other evidence in the case an extensive declaration will need to be prepared for Ms. Carroll. The Opposition will be very detail and fact oriented and will take many hours to complete.

10. Meanwhile Defense counsel has informed Plaintiff's counsel regarding his own heavy workload, including three ENE sessions in a four day period in early November, and requested that the opposition deadline be moved out to

after November 15 to accommodate his workload as well. Thus the parties have chosen November 18, 2019 as that is a Monday and will give counsel the weekend to finish up the opposition if necessary.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

October 28, 2019.

KEMP & KEMP

By: /s/ James P. Kemp, Esq.
7435 W. Azure Dr.
Suite 110
Las Vegas, Nevada 89130
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

IT IS SO ORDERED:

_____
HON. JAMES C. MAHAN, DISTRICT JUDGE

Dated: October 30, 2019