JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff WAYNE HAGENDORF

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE  HAGENDORF, | Case No.  2:18-cv-00960-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| LADAH LAW FIRM PLLC; and RAMZY LADAH; | **(FIRST REQUEST)** |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment (ECF No. 22) from the current due date of Tuesday, May 30, 2023 through and including **_Tuesday, June 20, 2023_**.

This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel was engaged in summary judgment briefing and Ninth Circuit appellate briefing during the time period since May 8, 2023 when the Defendants filed the unexpected Motion for Summary Judgment in this case;

2. Additionally, the parties have been discussing a possible resolution of this matter which will take a little more time in the next week or so to determine if

an agreement can be reached. It makes sense to defer any work, that may become unnecessary, on responding to the Motion for Summery Judgment until after the parties conclude their negotiations.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

May 29, 2023

| KEMP & KEMP | FENNEMORE CRAIG, P.C. |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada  89130<br>Attorneys for Plaintiff | By: /s/ Richard I. Dreitzer, Esq.<br>9275 W. Russell Road<br>Suite 240<br>Las Vegas, Nevada  89148<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
HON. JAMES C. MAHAN, DISTRICT JUDGE

Dated: May 30, 2023

2