JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff WAYNE HAGENDORF

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE HAGENDORF, | ) Case No. 2:18-cv-00960-JCM-BNW |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR PLAINTIFF** |
| v. | ) **TO RESPOND TO** |
| | ) **DEFENDANTS' MOTION FOR** |
| LADAH LAW FIRM PLLC; and RAMZY | ) **SUMMARY JUDGMENT** |
| LADAH; | ) **(SECOND REQUEST)** |
| | ) |
| Defendants. | ) |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment (ECF No. 22) from the current due date of Tuesday, June 20, 2023 through and including ***Wednesday, July 5, 2023***.

This is the SECOND request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

1. The parties have been discussing a possible resolution of this matter which will take a little more time in the next two weeks to determine if an agreement can be reached. It makes sense to defer any work, that may become unnecessary, on responding to the Motion for Summery Judgment until after the parties conclude their negotiations.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

2.  Additionally, Plaintiff's Counsel has been working on two separate 9th Circuit briefs that were due in the past two weeks.

3.  Counsel for all parties will be away for the State Bar of Nevada's Annual Conference the remainder of this week and Plaintiff's counsel will be at the National Employment Lawyer's Association Annual  Convention next week for continuing legal education.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

June 20, 2023

KEMP & KEMP                                         FENNEMORE CRAIG, P.C.


By: /s/ James P. Kemp, Esq.                   By: /s/ Richard I. Dreitzer, Esq.
    7435 W. Azure Dr.                                 9275 W. Russell Road
    Suite 110                                              Suite 240
    Las Vegas, Nevada  89130                   Las Vegas, Nevada  89148
    Attorneys for Plaintiff                           Attorneys for Defendants



IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:___ June 21, 2023 _____

2